Eric B. HICKERSON, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 100783

Missouri Court of Appeals,
Eastern District,
**Division One**.

Filed: January 13, 2015

Eric B. Hickerson, Pro Se, 1216 E. Morgan Street, Booneville, MO 65233, for appellant.

Chris Koster, Atty. Gen., Todd T. Smith, Asst. Atty. Gen., P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before Lawrence E. Mooney, P.J., Clifford H. Ahrens, J., and Lisa Van Amburg, J.

**ORDER**

PER CURIAM

Eric Hickerson appeals the motion court's denial of his Rule 29.15 motion for post-conviction relief. An opinion would have no precedential value. We have furnished the parties with a memorandum, for their information only, setting forth the reasons for this order. We deny Hickerson's motion for plain-error review of un-

briefed issues. We affirm. Rule 84.16(b)(2).